No. 83–6354.  WRIGHT v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 83–6368.  ROTHSCHILD v. LOCKWOOD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–6379.  CERVENY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6382.  PIZARRO ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–6383.  ATHERTON v. CIRCUIT COURT OF LOUDOUN COUNTY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–6385.  COTE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–6393.  CHANYA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–6394.  WALKER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 83–6398.  BIRGES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–6403.  MILLER v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 83–6408.  SINN v. OWENS.  C. A. 7th Cir.  Certiorari denied.

No. 83–6414.  DIGIOVANNI v. NATIONAL TRANSPORTATION SAFETY BOARD ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–6415.  CONYERS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 83–6416.  BROADWAY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–6418.  CRITES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.